UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| ALISHA MATTHEWS, | : | |
|---|---|---|
| Plaintiff | : | CIVIL ACTION NO. 4:17-1729 |
| v | : | (JUDGE MANNION) |
| GENE SCHURER d/b/a GENE'S MOBILE HOME PARK | : | |
| Defendant | : | |

FILED
SCRANTON

NOV 2 2 2017

PER ____
DEPUTY CLERK

## ORDER

Counsel for the parties having reported to the court that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

MALACHY E. MANNION
United States District Judge

Dated: November 22, 2017

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-1729-02.wpd